# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SHIRLEY M. MCGUIRE,

           Plaintiff,

v.

UNITED STATES OF AMERICA,

           Defendant.

Case No. 17-CV-1748-JPS

**ORDER**

On July 20, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice. (Docket #9). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge